## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA              :

vs.                                                              :   CRIMINAL NO.:  22-00236-JB

GRAYSON ZACHARY EAGAN           :

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, Grayson Zachary Eagan, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to each of the **Counts One through Six** of the Superseding Indictment charging a violation of:

Count One, Title 21, USC, § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual),

Count Two, Title 21 USC § 846 (Conspiracy to Possess with Intent to Distribute Heroin),

Count Three, Title 21 USC § 841(a)(1) Possession with Intent to Distribute Methamphetamine (Actual),

Count Four, Title 21 USC § 841(a)(1) (Possession with Intent to Distribute Heroin),

Count Five, Title 18 USC § 924(c)(1)(B)(ii) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime), and

Count Six, Title 18 USC § 922(g)(g)(1) (Possession of a Firearm by a Prohibited Person (Felon)**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that each guilty plea was knowledgeable and voluntary, and the offenses charged are supported by an independent

basis in fact as to each of the essential elements of each offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant Grayson Zachary Eagan be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 11th day of August, 2023.

                                   s/P. BRADLEY MURRAY
                                   UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.