### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA         :

vs.                              :  CRIMINAL NO.: 22-00236-JB

GRAYSON ZACHARY EAGAN            :

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 153) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) 1s, 2s, 3s, 4s, 5s, and 6s of the Superseding Indictment charging violations of Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual); Conspiracy to Possess with Intent to Distribute Heroin; Possession with Intent to Distribute Methamphetamine (Actual); Possession with Intent to Distribute Heroin; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Possession of a Firearm by a Prohibited Person, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **December 11, 2023, at 9:00 a.m., Courtroom 4A.**

**DONE and ORDERED** this the 27th day of September 2023.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE